[File No. 6753.]

LARETA BATEMAN, a Minor, and L. E. Boe, for the Benefit of Said Minor, Respondents, v. THE STATE OF NORTH DAKOTA, Doing Business as the Workmen's Compensation Bureau, Appellant.

(299 NW 257)

Opinion filed June 23, 1941.   Rehearing denied July 21, 1941

*Alvin C. Strutz,* Attorney General, and *Lynn G. Grimson,* Assistant Attorney General, for appellant.

*Floyd B. Sperry* and *Sullivan, Fleck & Sullivan,* for respondents.

PER CURIAM.   The issue in this case is identical with that of Boe v. State, ante, 132, 299 NW 253, just decided, and is governed by the same rule.   The judgment, therefore, is reversed.

BURR, Ch. J., and CHRISTIANSON, MORRIS, BURKE, and NUESSLE, JJ., concur.